UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 26-mj-54

UNITED STATES OF AMERICA,

   Plaintiff,

v.          **ORDER OF DISMISSAL**

MADELINE TSCHIDA,

   Defendant.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED, and the charges alleged against the defendant MADELINE TSCHIDA in the Information in the above-referenced matter are dismissed.


Dated: February 23, 2026        *s/Joan N. Ericksen*
                   Joan N. Ericksen
                   United States District Judge